UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AT BEAUFORT

CIVIL ACTION NO. 10-cv-01796-WOB

DARNELL MITCHELL                                        PLAINTIFF

VS.                              JUDGMENT

SCANA CORPORATION                                       DEFENDANT

Pursuant to the Memorandum Opinion entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment as a matter of law is **ENTERED IN FAVOR OF DEFENDANT**. This matter is hereby **stricken** from the docket of this Court.

This 18th day of May, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge