```
            UNITED STATES DISTRICT COURT
             DISTRICT OF SOUTH CAROLINA
                     AT BEAUFORT
```

**CIVIL ACTION NO. 10-cv-01796-WOB**

DARNELL MITCHELL                                         PLAINTIFF

VS.                              <u>JUDGMENT</u>

SCANA CORPORATION                                        DEFENDANT

    Pursuant to the Memorandum Opinion entered concurrently herewith,

    **IT IS ORDERED AND ADJUDGED** that judgment as a matter of law is **ENTERED IN FAVOR OF DEFENDANT.** This matter is hereby **stricken** from the docket of this Court.

    This 18th day of May, 2012.

